# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| BEATRIZ ACOSTA, | Case No. CV 05-6000-JWJ |
| Plaintiff, | |
| vs. | JUDGMENT |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to this Court's Findings and Fact and Memorandum and Order, Judgment is hereby entered for plaintiff Beatriz Acosta against defendant United States of America.

Plaintiff is awarded a total of $86,506.01 in damages as follows:

1. Plaintiff is awarded medical special damages in the amount of $12,606.01. This amount is the approximate sum of the following: (1) emergent care received on the date of the Accident ($943.25); (2) chiropractic treatment at Fields Health Center ($5,825.00); (3) orthopedic treatment with Dr. Robere Missirian ($2,714.76); (4) MRI at Precise Imaging ($1,850.00); and (5) plaintiff's initial visit with Dr. James Thomas ($1,273.00);

2. Based on medical expert testimony at trial from defendant's expert, Dr. S. Andrew Schwartz, plaintiff is awarded $3,600.00 for the cost of prospective water aerobics therapy ($100.00 per week, three times per week, for three months) and $2,300.00 for Medx equipment for exercises to strengthen her lumbar spine because the need for these therapies, which were identified at trial as reasonable treatments for plaintiff's residual pain (post-Accident) was reasonable and foreseeable;

3. Based on medical expert testimony at trial from plaintiff's expert, Dr. Lytton Williams, plaintiff is also awarded $8,000.00 for the cost of physical therapy and exercise. This regimen was also foreseeable as a result of injuries sustained in the Accident.

4. Finally, plaintiff is awarded an amount of $60,000.00 for pain and suffering for the period stemming from the Accident until her release by her treating physician Dr. Missirian.

DATED:  March 31, 2009

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge